**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   **JUL 2 1 2014**   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KHAYER UDDIN,

                    Civil No.: 2:14-cv-02137-JFB-AKT

              Plaintiff,

    -against-

MULLOOLY JEFFREY ROONEY & FLYNN, LLP,

             Defendant.
-----------------------------------------------------------------X

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

    THAT pursuant to the parties' July 21, 2014 Stipulation of Dismissal, all claims asserted

in Civil Action No: 2:14-cv-02137-JFB-AKT, are dismissed with prejudice; and

    THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __21st__ **day of** __July__ , 2014.

                                 *The Clerk of the Court*
                                 *shall close the case.*

                        HON. JOSEPH F. BIANCO,
                        UNITED STATES DISTRICT JUDGE